# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4 . Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial)  MENT, EDITH B. | 2. Court or Organization  U.S. Court of Appeal, | 3. Date of Report  05/16/2001 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge Nominee | 5. Report Type (check type)  X Nomination, Date 05/09/2001  ___ Initial ___ Annual ___ Final | 6. Reporting Period  01/01/2000 to 04/30/2001 |
| 7. Chambers or Office Address  500 CAMP STREET, ROOM 455  NEW ORLEANS, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| [X] NONE (No reportable positions.) | | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS  (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| [X] NONE (No reportable agreements.) | | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | | |
| 1 | 2000 | Locke, Liddell & Sapp (law frim) | |
| 2 | | | |
| 3 | | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| NONE | (No such reportable reimbursements.) | |
| 1 EXEMPT | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| NONE | (No such reportable gifts.) | | |
| EXEMPT | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X NONE | (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Bank One | A | Interest | J | T | EXEMPT | | | | |
| 2 First Commerce Corp. (com) | A | Dividend | J | T | " | | | | |
| 3 Rochester Resources Corp. (unlisted) | A | None | J | W | " | | | | |
| 4 St. Jacques Resources Corp. (unlisted) | A | Royalty | J | W | " | | | | |
| 5 Sunbird Resources (unlisted) | A | None | J | W | " | | | | |
| 6 Rainbow Royalties (unlisted) | A | None | J | U | " | | | | |
| 7 Rental Property/Residential FMV | E | Rent | N | W | " | | | | |
| 8 Ace Limited | A | Dividend | | | " | | | | |
| 9 Advanced Radio Telecom Corp | | None | J | T | " | | | | |
| 10 Aim Dent Demographic Trends Class C | | None | K | T | " | | | | |
| 11 Aim European Development Fund Class C | | None | | | " | | | | |
| 12 AIM Mid Cap Equity Fund Cl C | | None | L | T | " | | | | |
| 13 AIM Mid Cap Opportunities Fund Class C | | None | L | T | " | | | | |
| 14 Aim Smallcap Growth CL C | | None | L | T | " | | | | |
| 15 AIM Value Fund Class C | | None | M | T | " | | | | |
| 16 ALCATEL ALSTHOM Spon ADR | A | Dividend | | | " | | | | |
| 17 Alliant Energy Corp | | None | | | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

al Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/16/2001 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | Exempt | | | | |
| 18 Alza Corp Com | | None | K | T | " | | | | |
| 19 American Express Co | | None | K | T | " | | | | |
| 20 American Home Products Corp | A | Dividend | | | " | | | | |
| 21 Amsouth Bankcorporation | A | Dividend | | | " | | | | |
| 22 Archer Daniels Midland, Deb O/CPN Reg, Due 5/1/2002 | | None | K | T | " | | | | |
| 23 Associated Group Inc Class A | | None | | | " | | | | |
| 24 AT&T Corp | A | Dividend | J | T | " | | | | |
| 25 AVAYA, Inc | | None | J | T | " | | | | |
| 26 Baker Hughes Inc | A | Dividend | | | " | | | | |
| 27 Bank of America Corp (n/c 5/99 was Bankamerica, Corp) | B | Dividend | | | " | | | | |
| 28 Becton Dickinson | A | Dividend | | | " | | | | |
| 29 Blackrock North American Gov't Income | C | Dividend | K | T | " | | | | |
| 30 BP AMOCO PLC ADR | A | Dividend | J | T | " | | | | |
| 31 Bristol Myers Squibb Company | B | Dividend | L | T | " | | | | |
| 32 Burlington Resources | A | Dividend | K | T | " | | | | |
| 33 CAREDATA.COM Inc | | None | J | T | " | | | | |
| 34 CBS Corporation | B | Interest | K | T | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions.) | | | | | Exempt | | | | |
| 35  Cendant Corp | | None | | | " | | | | |
| 36  CFW Communications Co | A | Dividend | | | " | | | | |
| 37  CITIGROUP, Inc | C | Dividend | M | T | " | | | | |
| 38  CNH Global N.V. CUSIP:N20935107 | A | Dividend | J | T | " | | | | |
| 39  Coca-Cola Amatil Ltd Sponsored ADR | A | Dividend | | | " | | | | |
| 40  Commonwealth Telephone Enterprises Inc. | | None | | | " | | | | |
| 41  Compaq Computer Corp | A | Dividend | | | " | | | | |
| 42  Complete Business Solutions Inc | | None | | | " | | | | |
| 43  Core Laboratories N.V. | | None | | | " | | | | |
| 44  CT Communications | | None | | | " | | | | |
| 45  CVS Corporation Delaware | A | Dividend | | | " | | | | |
| 46  Deere & Co | A | Dividend | | | " | | | | |
| 47  Delta Airlines, Inc. | A | Dividend | K | T | " | | | | |
| 48  Disney, Walt Co | | None | | | " | | | | |
| 49  EEX Corp | | None | J | T | " | | | | |
| 50  El Paso Corp (merged w/ & n/c from Coastal Corp 2/01) | A | Dividend | L | T | " | | | | |
| 51  Ensco International Inc | | None | | | " | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | Exempt | | | | |
| 52 ESC Medical Systems Ltd | | None | K | T | " | | | | |
| 53 FHLMC 7% Cl 1475-O 2/15/2008 | A | Interest | J | T | " | | | | |
| 54 FNMA 7% 9/25/2022, 206-MB-Fixed Rt | A | Interest | J | T | " | | | | |
| 55 FHLMC 6.5%, 2/15/2023, C-Fixed Rt Series 1617 | A | Interest | J | T | " | | | | |
| 56 FNMA 7%, 3/25/2023, 1993-50 Cl K | B | Interest | K | T | " | | | | |
| 57 FNMA 6.5%, 3/25/2023, 1993-096 ClE | B | Interest | K | T | " | | | | |
| 58 FNMA 7%, 4/25/2023, 1993-99 Cl LL (See Section VIII) | B | Interest | K | T | " | | | | |
| 59 FHLMC 7/5%, 4/25/2024, Ser G30 Cl KA | A | Interest | J | T | " | | | | |
| 60 Federated Communications Technology Fund Cl C | | None | L | T | " | | | | |
| 61 First Tennessee National Corp | A | Dividend | | | " | | | | |
| 62 First Union Corp | A | Dividend | | | " | | | | |
| 63 Flowserve Corp | | None | | | " | | | | |
| 64 Franklin Smallcap Growth Cl II | A | Dividend | L | T | " | | | | |
| 65 Fremont General Corp | A | Dividend | J | T | " | | | | |
| 66 General Electric Co | A | Dividend | K | T | " | | | | |
| 67 Grey Wolf Inc | | None | J | T | " | | | | |
| 68 John Hancock Bank and Thrift Opportunity Fund | A | Dividend | | | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

al Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/16/2001 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | Exempt | | | | |
| 69 Hellenic Bottling Co (9/7 CocaCola Beverages merged w/) | | None | J | T | " | | | | |
| 70 Honeywell International | A | Dividend | | | " | | | | |
| 71 IDACORP, INC | B | Dividend | K | T | " | | | | |
| 72 Ikon Office Solutions, Inc | A | Dividend | J | T | " | | | | |
| 73 Intelligent Polymers | | None | | | " | | | | |
| 74 Interim Services, Inc | | None | | | " | | | | |
| 75 Jefferson Parish La Sch Brd, 5.25%, 2/1/2008 | A | Dividend | K | T | " | | | | |
| 76 Kemper Technology Fund Cl C | | None | J | T | " | | | | |
| 77 Koninkliske Phillips Elec | A | Dividend | K | T | " | | | | |
| 78 Lightbridge Inc. | | None | | | " | | | | |
| 79 Louisiana State G/O-RFDG Ser A 8/1/2005 | A | Interest | K | T | " | | | | |
| 80 Lowes Companies Inc. | A | Dividend | | | " | | | | |
| 81 Lucent Technologies Inc. | A | Dividend | J | T | " | | | | |
| 82 Managed High Yield Plus Fund, Inc | A | Dividend | J | T | " | | | | |
| 83 Marsh & McLennan Companies, Inc. | | None | K | T | " | | | | |
| 84 Maverick Tube Corporation | | None | J | T | " | | | | |
| 85 McKesson, HBOC Inc | | None | K | T | " | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | Exempt | | | | |
| 86 Merck & Co Inc | C | Dividend | M | T | " | | | | |
| 87 MFS Massachusetts Investors Growth Stock Class C | E | Dividend | M | T | " | | | | |
| 88 MFS Mass Investors Trust C | C | Dividend | L | T | " | | | | |
| 89 J.P. Morgan Chase & Co. (n/c 1/01 - was Chase Manhattan | A | Dividend | J | T | " | | | | |
| 90 Morgan Grenfell Small Cap Fund, Inc. | C | Dividend | | | " | | | | |
| 91 Morgan Select High Income Cl C | B | Dividend | L | T | " | | | | |
| 92 Motorola Inc. | A | Dividend | J | T | " | | | | |
| 93 Noble Affiliates Inc | A | Dividend | | | " | | | | |
| 94 NOVAMED Eyecare Inc | | None | | | " | | | | |
| 95 NOVARTIS AG | | None | | | " | | | | |
| 96 Ocean Energy Inc | | None | L | T | " | | | | |
| 97 Oracle Systems Corporation | | None | K | T | " | | | | |
| 98 Pentair Industries, Inc | | None | K | T | " | | | | |
| 99 Pepsico CAP Res Inc. 4/1/2008 | | None | J | T | " | | | | |
| 100 Pepsico CAP Res Inc. 4/1/2011 | | None | J | T | " | | | | |
| 101 Pepsico Cap Res Inc. 4/1/2012 | | None | J | T | " | | | | |
| 102 PIMCO High Yeild Fund CL C | C | Dividend | K | T | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    F1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | Exempt | | | | |
| 103  Pride International Inc | | None | J | T | " | | | | |
| 104  Principal Class (money market) | D | Dividend | N | T | " | | | | |
| 105  Proctor and Gamble Co. | B | Dividend | L | T | " | | | | |
| 106  Prospect Street High Income PTFL | B | Dividend | J | T | " | | | | |
| 107  Quest Communications Intl Inc. | A | Dividend | | | " | | | | |
| 108  Regent Communications, Inc. | | None | | | " | | | | |
| 9  Rhodia | | None | | | " | | | | |
| 110  Saga Systems Inc | | None | | | " | | | | |
| 111  Schering Plough Corp | A | Dividend | L | T | " | | | | |
| 112  Seagull Energy Corp Sr Nts 8.625%, 8/1/2005 | D | Interest | L | T | " | | | | |
| 113  Sierra Pac Res New | | None | K | T | " | | | | |
| 114  Sprint Corp 9.70%, 4/01/2000 | A | Interest | | | " | | | | |
| 115  Storage Technology Corp | | None | J | T | " | | | | |
| 116  Superior Energy Services, Inc | | None | | | " | | | | |
| 117  T Rowe Price Associates, Inc | A | Dividend | | | " | | | | |
| 118  Templeton World Class II Shs TEWTX | D | Dividend | | | " | | | | |
| 119  Templeton World Fund - Class I | D | Dividend | | | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | Exempt | | | | |
| 120  Texas Instruments Inc | A | Dividend | K | T | " | | | | |
| 121  Thornburg Value Fund Class C | B | Dividend | L | T | " | | | | |
| 122  Verizon Communications | A | Dividend | | | " | | | | |
| 123  Warner-Lambert Co. | A | Dividend | | | " | | | | |
| 124  Wells Fargo & Co 6.875%, 4/15/2003 | B | Interest | K | T | " | | | | |
| 125  William Companies | A | Dividend | | | " | | | | |
| 126  Williams Energy Partners | | None | K | T | " | | | | |
| 127  World Com Inc - n/c fm MCI Worldcom Inc 5/5/00 | | None | K | T | " | | | | |
| 128 | | | | | | | | | |
| 129 | | | | | | | | | |
| 130 | | | | | | | | | |
| 131 | | | | | | | | | |
| 132 | | | | | | | | | |
| 133 | | | | | | | | | |
| 134 | | | | | | | | | |
| 135 | | | | | | | | | |
| 136 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 1 Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | CLEMENT, EDITH B. | 05/16/2001 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Edith Brown Clement

**FINANCIAL STATEMENT**
NET WORTH
Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks/money funds | 146 | 600 | 00 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | 57 | 285 | 00 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 481 | 700 | 00 | Notes payable to relatives | | | |
| Mutual Funds--add schedule | 366 | 200 | 00 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due – unbilled | 5 | 000 | 00 |
| Due from relatives and friends | 108 | 000 | 00 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | 1,200 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | 432 | 000 | 00 | | | | |
| Cash value-life insurance | 192 | 500 | 00 | | | | |
| spouse's capitol account | 40 | 000 | 00 | Total liabilities | 5 | 000 | 00 |
| retirement IRA's | 1,767 | 775 | 00 | Net Worth | 4,792 | 060 | 00 |
| Total Assets | 4,792 | 060 | 00 | Total liabilities and net worth | 4,787 | 060 | 00 |
| CONTINGENT LIABILITIES | none | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | | no | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | | no | |
| Legal Claims | | | | Have you ever taken bankruptcy? | | no | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

30

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _EBClement_       Date _May 15, 2001_

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544